IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

REBECCA A. VOLNY,
                Plaintiff,

v.                                     Civil Action No. 3:20cv870

BERKLEY INSURANCE CO.,
                Defendant.

## **FINAL ORDER**

On November 8, 2021, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 16.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: _____8_____ November 2021
Richmond, VA

                            /s/
                  John A. Gibney, Jr.
                  United States District Judge